# EXHIBIT "A"

| | CITATION – Personal Service: TRC 99 | |
|---|---|---|
| THE STATE OF TEXAS | CAUSE NO. **CV- 04485** | COUNTY OF **HUDSPETH** |

TO: NATIONAL REGISTERED AGENTS, INCORPORATION
SWIFT TRANSPORTATION SERVICES, LLC- Defendant
1999 BRYAN STREET, SUITE 900
DALLAS, TX 75201-3136
(Or wherever he/she may be found)

**EXHIBIT "A"**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 394TH Judicial District Court<br>SIERRA BLANCA  TX 79851 |
|---|---|
| Cause No.: | CV-04485-394 |
| Date of Filing: | SEPTEMBER 10, 2015 |
| Document: | PLAINTIFF'S ORIGINAL PETITION |
| Parties in Suit: | JAIME ELOY PEREZ VS. JOHN C. JARROT, SWIFT TRANSPORTATION SERVICES, LLC AND SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC. |
| Clerk: | VIRGINIA DOYAL , District Clerk<br>SIERRA BLANCA TX 79851 |
| Party or Party's Attorney: | Attorneys for Plaintiff:  CHRISTOPHER LE<br>4143 GARDENDALE STREET<br>SAN ANTONIO, TX 78229 |

Issued under my hand and seal of this said court on this the **14th day** of **September** 20**15**.

VIRGINIA DOYAL, District Clerk
P.o. Box 58/109 W. Millican, Sierra Blanca, Tx 79851
SIERRA BLANCA, HUDSPETH County, Texas

BY: _____ Chief Deputy

**Service Return**

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____.

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ _____ | Sheriff/Constable |
|---|---|
| | _____ County, Texas |
| Service ID No. _____ | Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure.   I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

_____ Notary Public

A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE ___1___ OF ___3___

| | |
|---|---|
| **CITATION – Personal Service: TRC 99** | |

THE STATE OF TEXAS    COUNTY OF **HUDSPETH**

CAUSE NO. **CV- 04485**

TO: NATIONAL REGISTERED AGENTS, INCORPORATION
SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC- Defendant
**1999 BRYAN STREET, SUITE 900**
**DALLAS, TX 75201-3136**
(Or wherever he/she may be found)

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | **394TH** Judicial District Court **SIERRA BLANCA TX 79851** |
|---|---|
| Cause No.: | **CV-04485-394** |
| Date of Filing: | **SEPTEMBER 10, 2015** |
| Document: | **PLAINTIFF'S ORIGINAL PETITION** |
| Parties in Suit: | **JAIME ELOY PEREZ VS. JOHN C. JARROT, SWIFT TRANSPORTATION SERVICES, LLC AND SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC.** |
| Clerk: | **VIRGINIA DOYAL**, District Clerk **SIERRA BLANCA TX 79851** |
| Party or Party's Attorney: | Attorneys for Plaintiff: **CHRISTOPHER LE** **4143 GARDENDALE STREET** **SAN ANTONIO, TX 78229** |

Issued under my hand and seal of this said court on this the **14th day** of **September** 20**15**.

**VIRGINIA DOYAL**, District Clerk
P.o. Box 58/109 W. Millican, Sierra Blanca, Tx 79851
**SIERRA BLANCA**, **HUDSPETH** County, Texas

BY: _____ Chief Deputy

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the within named _____ _____ _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____.

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ _____ | |
|---|---|
| | Sheriff/Constable |
| | County, Texas |
| Service ID No. _____ | Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process. Subscribed and sworn to before me on this the _____ day of _____, 20__

_____ Notary Public



A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE  2  OF  3

| | CITATION – Personal Service: TRC 99 | |
|---|---|---|
| THE STATE OF TEXAS | CAUSE NO. CV- 04485 | COUNTY OF **HUDSPETH** |

TO: JOHN C. JARROTT
300 W 5th ST.
LORDSBURG, NM 88045
(Or wherever he/she may be found)

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 394TH Judicial District Court<br>SIERRA BLANCA TX 79851 |
|---|---|
| Cause No.: | CV-04485-394 |
| Date of Filing: | SEPTEMBER 10, 2015 |
| Document: | PLAINTIFF'S ORIGINAL PETITION |
| Parties in Suit: | JAIME ELOY PEREZ VS. JOHN C. JARROT, SWIFT TRANSPORTATION SERVICES, LLC AND SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC. |
| Clerk: | VIRGINIA DOYAL, District Clerk<br>SIERRA BLANCA TX 79851 |
| Party or Party's Attorney: | Attorneys for Plaintiff: CHRISTOPHER LE<br>4143 GARDENDALE STREET<br>SAN ANTONIO, TX 78229 |
| | |

Issued under my hand and seal of this said court on this the 14th day of September 2015.

**VIRGINIA DOYAL**, District Clerk
P.o. Box 58/109 W. Millican, Sierra Blanca, Tx 79851
SIERRA BLANCA, HUDSPETH County, Texas

BY: _____ Chief Deputy

**Service Return**

Came to hand on the _____ day of _____, 20___, at _____m., and executed on the _____ day of _____, 20___, at _____M by delivering to the within named _____ in person a true copy of this citation, with attached copy(ies) of the _____ at _____.

[ ] Not executed. The diligence use in finding defendant being _____

[ ] Information received as to the whereabouts of defendant being _____

| Service Fee: $ _____ | _____ Sheriff/Constable |
|---|---|
| | _____ County, Texas |
| Service ID No. _____ | _____ Deputy/Authorized Person |

**VERIFICATION**

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.
Subscribed and sworn to before me on this the _____ day of _____, 20___.

A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE 3 OF 3

- Print this page

# Case # CV-04485

### Case Information

| | |
|---|---|
| Location | Hudspeth County - District Clerk |
| Date Filed | 09/10/2015 03:43:17 PM |
| Case Number | CV-04485 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Leticia Gonzalez |
| Firm Name | Law Office Of Leticia A. Gonzalez |
| Filed By | Leticia Gonzalez |
| Filer Type | Not Applicable |

### Fees

| | |
|---|---|
| Convenience Fee | $9.66 |
| Total Court Case Fees | $277.00 |
| Total Court Filing Fees | $54.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $3.00 |
| Total Provider Tax Fees | $0.25 |
| Grand Total | $343.91 |

### Payment

| | |
|---|---|
| Account Name | Leticia Gonzalez |
| Transaction Amount | $343.91 |
| Transaction Response | Approved |
| Transaction ID | 11264534 |
| Order # | 006875313-0 |

### Petition

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition |
| Filing Description | Petition |
| Reference Number | Jaime E. Perez |
| Comments | Please forward the 3 citations to be served by the Secretary of State to our office for additional serving instructions. |
| Status | Accepted |
| Accepted Date | 09/10/2015 04:17:07 PM |

A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE  1  OF  2

### Fees

Court Fee                                     $54.00
Service Fee                                   $0.00

**Optional Services**
>Jury Fee                                     $30.00
>Issue Citation - Secretary of State          $8.00
>Issue Citation - Secretary of State          $8.00
>Issue Citation - Secretary of State          $8.00

**Documents**

*Lead Document*           POP & Civil Case Info.pdf        [Original]    [Transmitted]



A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE   2   OF   2

Filed 9/10/2015 4:43:17 P
Virginia Doy
District Cle
Hudspeth County, Tex:

Brenda Sanchez

Hudspeth County - District Clerk

NO. CV-04485 _____

| | | |
|---|---|---|
| JAIME ELOY PEREZ<br>Plaintiff, | §<br>§<br>§ | IN THE DISTRICT COURT |
| VS. | §<br>§<br>§ | 394th   JUDICIAL DISTRICT |
| JOHN C. JARROTT, SWIFT<br>TRANSPORTATION SERVICES,<br>LLC AND SWIFT<br>TRANSPORTATION COMPANY OF<br>ARIZONA, LLC,<br>Defendants | §<br>§<br>§<br>§<br>§<br>§ | HUDSPETH COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Jaime E. Perez, hereinafter called Plaintiff, complaining of and about John C. Jarrott, Swift Transportation Services, LLC and Swift Transportation Company of Arizona, LLC, hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 3.

### PARTIES AND SERVICE

2. Plaintiff is an Individual whose address is 112 S Verde, Dell City, Texas 79837.

3. The last three numbers of Jaime E. Perez's social security number are 342.

4. Defendant, John C. Jarrott, an Individual who is not a resident of Texas, and does not have a registered agent in the State Of Texas. Defendant, John C. Jarrott, may be served with process by serving the Texas Secretary Of State, Citations Unit, P.O. Box 12079, Austin, Texas

1



A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE  1  OF  7

78711-2079. The Texas Secretary Of State will then serve John C. Jarrott at his home address of 300 W 5th St Lordsburg, NM 88045. Service of said Defendant as described above can be effected by certified mail, return receipt requested

    5. Defendant, Swift Transportation Services, LLC, is a business corporation licensed to do business in the state of Arizona and does not have a registered agent in the State Of Texas. Swift Transportation Services, LLC may be served with process by serving the, Texas Secretary Of State, Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079. The Texas Secretary Of State will then serve the National Registered Agents, Incorporation, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136 USA. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

    6. Defendant, Swift Transportation Company of Arizona, LLC, is a business corporation licensed to do business in the state of Arizona and does not have a registered agent in the State Of Texas. Swift Transportation Company of Arizona, LLC may be served with process by serving the, Texas Secretary Of State, Citations Unit, P.O. Box 12079, Austin, Texas 78711-2079. The Texas Secretary Of State will then serve the National Registered Agents, Incorporation, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136 USA. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

    7.    The subject matter in controversy is within the jurisdictional limits of this court.

    8.    This court has jurisdiction over the parties because Plaintiff is a Texas resident; this court has jurisdiction over nonresident Defendant Swift Transportation Company, which does not have a registered agent in Texas; and over Defendant John C. Jarrott per the Texas Long-Arm

2


A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE __2__ OF __7__

Statute, specifically Section 17.042 of the Texas Civil Practice and Remedies Code"…a nonresident does business in this state if the nonresident: (2) commits a tort in whole or in part in this state".

9. Venue in Hudspeth County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

10. Plaintiff has suffered damages in an amount within the jurisdictional limits of this Court. Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff in good faith pleads the value of this case is over one million dollars ($1,000,000.00) but less than two million dollars ($2,000,000.00). Plaintiff reserves the right to amend these amounts if a jury awards an amount in excess of two million dollars ($2,000,000.00).

## FACTS

11. On September 16, 2013, Plaintiff was the driver of a 2008 Chevrolet Truck, a TXDOT stationary emergency vehicle facing west bound on the right side of the improved shoulder on IH-10 and parked in front of a second TXDOT stationary emergency vehicle, in Hudspeth County, Texas. Defendant failed to yield the right of way to the two stationary emergency vehicles (TXDOT) that were parked on a marked construction zone traffic signal/sign.. Defendant was travelling west bound driving a 2013 Volvo Truck and towing a tractor trailer. Defendant failed to yield the right of way and suddenly struck the first stationary emergency vehicle then swerved left and continued to collide with the Plaintiff's second TXDOT vehicle on the shoulder of IH-10. Defendant's failure to yield the right of way to the two TXDOT vehicles is the basis of this suit.

3



A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE 3 OF 7

## PLAINTIFF'S CLAIM OF NEGLIGENCE
### AGAINST JOHN C. JARROTT AND SWIFT TRANSPORTATION SERVICES, LLC, SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC

12. Defendant had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

13. Plaintiff's injuries were proximately caused by Defendants' John C. Jarrott and Swift Transportation Services, LLC, and Swift Transportation Company of Arizona, LLC, careless and reckless disregard of said duty.

14. The negligent, careless and reckless disregard of duty of Defendants consisted of, but is not limited to, the following acts and omissions:

   A. In that Defendants failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

   B. In that Defendant John C. Jarrott failed to yield right of way to a marked construction zone traffic signal/sign;

   C. In that Defendant John C. Jarrott failed to apply his brakes to his motor vehicle in a timely and prudent manner in order to avoid the collision in question;

   D. In that Defendant John C. Jarrott failed to control his speed, causing collision with Plaintiff's motor vehicle.

   E. In that Defendant Swift Transportation Services, LLC, and Swift Transportation Company of Arizona, LLC, failed to properly train and/or control its employee Defendant John C. Jarrott.

### EXEMPLARY DAMAGES

15. Defendants John C. Jarrott, Swift Transportation Company of Arizona, LLC, Swift Transportation Services, LLC, acts or omissions described above, when viewed from the standpoint

4



A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE 4 OF 7

of Defendants John C. Jarrott, Swift Transportation Company of Arizona, LLC, Swift Transportation Services, LLC, at the time of the act or omission, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to Plaintiff and others. Defendants John C. Jarrott, Swift Transportation Company of Arizona, LLC, Swift Transportation Services, LLC, had actual, subjective awareness of the risk involved in the above described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff and others.

16. Based on the facts stated herein, Plaintiff requests exemplary damages be awarded to Plaintiff from Defendants.

### DAMAGES FOR PLAINTIFF, JAIME E. PEREZ

17. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff was caused to suffer and to incur the following damages:

- A. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in Hudspeth County, Texas;

- B. Reasonable medical care and expenses in the future;

- C. Physical pain and suffering in the past;

- D. Physical pain and suffering in the future;

- E. Physical impairment in the past;

- F. Physical impairment in the future;

- G. Loss of earnings in the past;

- H. Mental anguish in the past;

- I. Mental anguish in the future; and

5


A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE   5   OF   7

J. Cost of medical monitoring and prevention in the future.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants for damages in an amount within the jurisdictional limits of the Court; exemplary damages, excluding interest, and as allowed by Sec. 41.008, Chapter 41, Texas Civil Practice and Remedies Code, together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

Law Offices Of Leticia A. Gonzalez
4143 Gardendale Street
San Antonio, Texas 78229
Tel: (210) 558-7416
Fax: (210) 558-7418

By: _____
Christopher Le
Texas Bar No.24078839
Attorney for Plaintiff
Jaime E. Perez

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

6



A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE 6 OF 7

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: CV-04485          COURT *(FOR CLERK USE ONLY)*: 394th

STYLED  JAIME E. PEREZ VS. JOHN C. JARROTT, SWIFT TRANSPORTATION SERVICES, LLC AND SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: Christopher Le
Email: c.le@gonzalezlawyer.com
Address: 4143 Gardendale Street
Telephone: 210-558-7416
City/State/Zip: San Antonio, TX 78229
Fax: 210-558-7418
Signature: /s/
State Bar No: 24078839

## Names of parties in case:

Plaintiff(s)/Petitioner(s): JAIME E. PEREZ

Defendant(s)/Respondent(s): JOHN C. JARROTT, SWIFT TRANSPORTATION SERVICES, LLC AND SWIFT TRANSPORTATION COMPANY OF ARIZONA, LLC

[Attach additional page as necessary to list all parties]

## Person or entity completing sheet is:
[X] Attorney for Plaintiff/Petitioner
[ ] *Pro Se* Plaintiff/Petitioner
[ ] Title IV-D Agency
[ ] Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
*Debt/Contract*
[ ] Consumer/DTPA
[ ] Debt/Contract
[ ] Fraud/Misrepresentation
[ ] Other Debt/Contract:

*Foreclosure*
[ ] Home Equity—Expedited
[ ] Other Foreclosure
[ ] Franchise
[ ] Insurance
[ ] Landlord/Tenant
[ ] Non-Competition
[ ] Partnership
[ ] Other Contract:

**Injury or Damage**
[ ] Assault/Battery
[ ] Construction
[ ] Defamation
*Malpractice*
[ ] Accounting
[ ] Legal
[ ] Medical
[ ] Other Professional Liability:
[X] Motor Vehicle Accident
[ ] Premises
*Product Liability*
[ ] Asbestos/Silica
[ ] Other Product Liability
List Product:

[ ] Other Injury or Damage:

**Real Property**
[ ] Eminent Domain/Condemnation
[ ] Partition
[ ] Quiet Title
[ ] Trespass to Try Title
[ ] Other Property:

**Related to Criminal Matters**
[ ] Expunction
[ ] Judgment Nisi
[ ] Non-Disclosure
[ ] Seizure/Forfeiture
[ ] Writ of Habeas Corpus—Pre-indictment
[ ] Other:

**Employment**
[ ] Discrimination
[ ] Retaliation
[ ] Termination
[ ] Workers' Compensation
[ ] Other Employment:

**Other Civil**
[ ] Administrative Appeal
[ ] Antitrust/Unfair Competition
[ ] Code Violations
[ ] Foreign Judgment
[ ] Intellectual Property
[ ] Lawyer Discipline
[ ] Perpetuate Testimony
[ ] Securities/Stock
[ ] Tortious Interference
[ ] Other:

### Family Law

**Marriage Relationship**
[ ] Annulment
[ ] Declare Marriage Void
*Divorce*
[ ] With Children
[ ] No Children

**Other Family Law**
[ ] Enforce Foreign Judgment
[ ] Habeas Corpus
[ ] Name Change
[ ] Protective Order
[ ] Removal of Disabilities of Minority
[ ] Other:

**Post-judgment Actions (non-Title IV-D)**
[ ] Enforcement
[ ] Modification—Custody
[ ] Modification—Other

*Title IV-D*
[ ] Enforcement/Modification
[ ] Paternity
[ ] Reciprocals (UIFSA)
[ ] Support Order

**Parent-Child Relationship**
[ ] Adoption/Adoption with Termination
[ ] Child Protection
[ ] Child Support
[ ] Custody or Visitation
[ ] Gestational Parenting
[ ] Grandparent Access
[ ] Parentage/Paternity
[ ] Termination of Parental Rights
[ ] Other Parent-Child:

### Tax
[ ] Tax Appraisal
[ ] Tax Delinquency
[ ] Other Tax

### Probate & Mental Health
*Probate/Wills/Intestate Administration*
[ ] Dependent Administration
[ ] Independent Administration
[ ] Other Estate Proceedings

[ ] Guardianship—Adult
[ ] Guardianship—Minor
[ ] Mental Health
[ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
[ ] Appeal from Municipal or Justice Court
[ ] Arbitration-related
[ ] Attachment
[ ] Bill of Review
[ ] Certiorari
[ ] Class Action
[ ] Declaratory Judgment
[ ] Garnishment
[ ] Interpleader
[ ] License
[ ] Mandamus
[X] Post-judgment
[ ] Prejudgment Remedy
[ ] Protective Order
[ ] Receiver
[ ] Sequestration
[ ] Temporary Restraining Order/Injunction
[ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
[ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
[ ] Less than $100,000 and non-monetary relief
[ ] Over $100,000 but not more than $200,000
[ ] Over $200,000 but not more than $1,000,000
[X] Over $1,000,000

A CERTIFIED COPY
VIRGINIA DOYAL, DISTRICT CLERK
HUDSPETH COUNTY, TEXAS
PAGE ___ OF ___

Rev 2/13