IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JAIME ELOY PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-15-CV-00317-FM |
| | § | |
| JOHN C. JARROTT and | § | |
| SWIFT TRANSPORTATION CO. OF | § | |
| ARIZONA, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER DISMISSING DEFENDANT JOHN C. JARROTT

On this day the court considered the status of the above-captioned cause. Plaintiff Jaime Eloy Perez ("Plaintiff") was ordered to show cause no later than March 1, 2016 regarding his failure to perfect service on Defendant John C. Jarrott.[1] As of this date, Plaintiff has not filed any response to the order, nor has he demonstrated service has been perfected.

Accordingly, Defendant John C. Jarrott is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED.**

SIGNED this _3_ day of **March, 2016**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Order to Show Cause," at 1, ECF No. 32, entered Feb. 16, 2016.