IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JAIME ELOY PEREZ, | § | |
| Plaintiff, | § § § | |
| v. | § | EP-15-CV-00317-FM |
| SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, | § § § § | |
| Defendant. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

On this day, the court considered the parties' "Joint Motion to Dismiss Plaintiff's Claims with Prejudice" ("Motion") [ECF No. 38], filed March 14, 2016. Both parties' attorneys have signed the filing, indicating their consent to dismissal of this cause with prejudice.[1] Furthermore, each party has agreed to be taxed its own costs.[2]

After due consideration, the court enters the following orders:

1. The court **GRANTS** the parties' Motion [ECF No. 38].

2. The court **DISMISSES** the above-captioned cause **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. All parties **SHALL** be taxed their own costs.

4. All pending motions in this cause, if any, are **DENIED AS MOOT**.

5. The Clerk of the Court is **INSTRUCTED** to **CLOSE** this case.

**SO ORDERED.**

**SIGNED** this **15th** day of **March, 2016.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] Mot. 2.

[2] *Id.*